IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HEIDBREDER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 5:19-cv-00348-BO |
| | ) | |
| EPIC GAMES, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**RULE 7.1 DISCLOSURE STATEMENT AND**
**L.R. 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Epic Games, Inc. states as follows:

1. Epic Games, Inc. is a privately held company.

2. Epic Games, Inc. does not have a parent company.

3. Tencent Holdings, Ltd., a publicly held corporation, owns 5% or more of Epic Games' issued and outstanding common stock.

4. Other than the entity listed in Paragraph 3 above, no other publicly-held affiliates own more than 5% of Epic Games, Inc.

Dated: October 11, 2019

Respectfully submitted,

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Phone: 212-248-3140
Fax: 212-248-3141
jeffrey.jacobson@dbr.com

Robert C. Van Arnam
Andrew R. Shores
**WILLIAMS MULLEN**
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
Phone: 919-981-4000
Fax: 919-981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com
Local Civil Rule 83.1(d) Counsel

*Counsel for Defendant Epic Games, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing were electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice to the following:

Ivy T. Ngo
Franklin D. Azar & Associates, P.C.
14426 East Evans Avenue
Aurora, Colorado 80014
Email: ngoi@fdazar.com

Martha A. Geer
Cohen Milstein Sellers & Toll, PLLC
150 Fayetteville St., Suite 980
Raleigh, North Carolina 27601
Email: mgeer@cohenmilstein.com

*Counsel for Plaintiff*

This the 11th day of October, 2019.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Phone: 212-248-3140
Fax: 212-248-3141
jeffrey.jacobson@dbr.com