IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HEIDBREDER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 5:19-cv-00348-BO |
| | ) | |
| EPIC GAMES, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT EPIC GAMES, INC.'S MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Epic Games, Inc. moves for an Order compelling Plaintiff Michael Heidbreder to comply with the terms of his written arbitration agreement, or in the alternative, dismissing this action in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Epic Games relies upon the accompanying Memorandum and Declarations, as well as other documents on file with the Court and cited in the Memorandum. As set out in detail in the Memorandum, Mr. Heidbreder should be compelled to arbitrate his alleged claims because they fall within the scope of his written arbitration agreement with Epic Games, and alternatively, Mr. Heidbreder's Complaint should be dismissed because it does not state a claim against Epic Games upon which relief can be granted. Accordingly, Epic Games respectfully requests that the Court enter an Order compelling Mr. Heidbreder to arbitrate his claims, or alternatively, dismissing the Complaint.

Dated: October 11, 2019

Respectfully submitted,

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Phone: 212-248-3140
Fax: 212-248-3141
jeffrey.jacobson@dbr.com

*Local Civil Rule 83.1(d) Counsel for Defendant*

Robert C. Van Arnam
Andrew R. Shores
**WILLIAMS MULLEN**
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
Phone: 919-981-4000
Fax: 919-981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com
Local Civil Rule 83.1(d) Counsel

*Counsel for Defendant Epic Games, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing were electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice to the following:

>Ivy T. Ngo
>Franklin D. Azar & Associates, P.C.
>14426 East Evans Avenue
>Aurora, Colorado 80014
>Email: ngoi@fdazar.com
>
>Martha A. Geer
>Cohen Milstein Sellers & Toll, PLLC
>150 Fayetteville St., Suite 980
>Raleigh, North Carolina 27601
>Email: mgeer@cohenmilstein.com

*Counsel for Plaintiff*

This the 11th day of October, 2019.

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Phone: 212-248-3140
Fax: 212-248-3141
jeffrey.jacobson@dbr.com